**FILED**
NOV 0 5 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13CR4149-BEN (14 struck through) |
| Plaintiff, | Judgment and **ORDER OF DISMISSAL OF INFORMATION** |
| vs. | |
| EDWIN RUBIO-ESTEBAN (1), | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held by the U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

**IT IS SO ORDERED.**

Dated: 11/5/14

HONORABLE KAREN S. CRAWFORD
United States Magistrate Judge